UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLAS MCCARTHY, et al., | CASE NO. C23-0263JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of Plaintiffs' response to Defendant's motion to dismiss. (Resp. (Dkt. # 50).) In their response, Plaintiffs cite to an order in a King County Superior Court case, *Scott v. Amazon.com, Inc.*, No. 22-2-01739-2 SEA (Super. Ct. Wash., King Cnty., Dec. 30, 2022). Plaintiffs do not, however, attach a copy of that order as an exhibit to their response. Accordingly, the court ORDERS Plaintiffs to file a copy of the *Scott v. Amazon.com, Inc.* order by no later than **April 21, 2023**.

MINUTE ORDER - 1

1    Filed and entered this 19th day of April, 2023.

        RAVI SUBRAMANIAN
        Clerk of Court

        s/ Ashleigh Drecktrah
        Deputy Clerk

MINUTE ORDER - 2