UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLAS MCCARTHY, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>AMAZON.COM, INC.,<br><br>              Defendant. | CASE NO. C23-0263JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendant Amazon.com, Inc.'s ("Amazon") motion to dismiss Plaintiffs' first amended complaint. (Mot. (Dkt. # 47); *see also* Reply (Dkt. # 54); Resp. (Dkt. # 50).) The court ORDERS the parties to file, by no later than **May 9, 2023**, supplemental briefing addressing whether the Washington Product Liability Act can preempt negligent infliction of emotional distress claims, such as the one brought in this

//

MINUTE ORDER - 1

1 | action by Plaintiff Martinique Maynor.  (FAC (Dkt. # 15) ¶¶ 248-51.)  The parties' briefs
2 | are limited to 1,750 words.
3 |     Filed and entered this 4th day of May, 2023.

                        RAVI SUBRAMANIAN
                        Clerk of Court

                        s/ Ashleigh Drecktrah
                        Deputy Clerk

MINUTE ORDER - 2