Case 2:23-cv-00263-JLR   Document 59   Filed 06/16/23   Page 1 of 6

THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NICHOLAS MCCARTHY and MARTINIQUE MAYNOR, individually and NICHOLAS MCCARTHY as successor-in-interest to ETHAN MCCARTHY a deceased individual; LAURA JÓNSSON and STEINN JÓNSSON, individually, and LAURA JÓNSSON as successor-in-interest to KRISTINE JÓNSSON, a deceased individual, <br><br> Plaintiffs, <br><br> - vs - <br><br> AMAZON.COM, INC, a Delaware corporation, <br><br> Defendant. | No. 2:23-cv-00263 <br><br> PLAINTIFFS' SUPPLEMENTAL AUTHORITY |

Plaintiffs respectfully supplement the record with the attached Order Denying Defendant Amazon.com, Inc.'s Motion to Dismiss, entered today in *Viglis, et al. v. Amazon.com, Inc.*, King County Superior Court No. 23-2-05719-8 SEA.  Like this case, *Viglis* is a wrongful death case asserting claims for damages based on Amazon's sale of Loudwolf sodium nitrite.

PLAINTIFFS' SUPPLEMENTAL AUTHORITY
(No. 14-2-31832-4 SEA) - 1 of 3



CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

DATED this 16th day of June, 2023.

| **CORRIE YACKULIC LAW FIRM, PLLC** | **CA GOLDBERG, PLLC** |

/s/ *Corrie Yackulic*
CORRIE YACKULIC, WSBA 16063
110 Prefontaine Place South, Suite 304
Seattle, Washington 98104
Tel. 206-787-1915
Fax. 206-299-9725
corrie@cjylaw.com

*Attorneys for Plaintiffs*

*/s/ Carrie Goldberg*
CARRIE GOLDBERG, *pro hac vice*
NAOMI LEEDS, *pro hac vice*
HANNAH MEROPOL, *pro hac vice*
16 Court Street, 33rd Floor
Brooklyn, New York 11241
Tel. 646-666-8908
carrie@cagoldberglaw.com
naomi@cagoldberglaw.com

PLAINTIFFS' SUPPLEMENTAL AUTHORITY
(No. 14-2-31832-4 SEA) - 2 of 3

C.A.GOLDBERG
PLLC, NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on June 16, 2023, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

*/s/ Corrie J. Yackulic*
Corrie J. Yackulic

PLAINTIFFS' SUPPLEMENTAL AUTHORITY
(No. 14-2-31832-4 SEA) - 3 of 3

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

THE HONORABLE AIMEE SUTTON
Hearing Date/Time: June 16, 2023 at 9:00a.m.
With Oral Argument

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| MARY-ELLEN VIGLIS, individually, and as personal representative of the ESTATE OF DEMETRIOS VIGLIS, a deceased individual; JAMES PASSANNANTI, individually, and as personal representative of the ESTATE OF AVA PASSANNANTI, a deceased individual; and ANNETTE GALLEGO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 23-2-05719-8 SEA<br><br>ORDER DENYING DEFENDANT AMAZON.COM, INC.'S MOTION TO DISMISS |

THIS MATTER comes before the Court on Defendant Amazon.com, Inc.'s Motion to Dismiss Plaintiffs' Complaint. The Court has considered the motion and the papers filed in support of and in opposition to the same. Now, therefore, the Court hereby ORDERS as follows:

Amazon's motion to dismiss Plaintiffs' complaint is DENIED.

**IT IS SO ORDERED.**

DATED this 16th day of June, 2023.

ORDER DENYING MOTION TO DISMISS
No. 23-2-05719-8 SEA)
Page **1** of **2**



CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

/s/signed and filed electronically

———————————————————————
THE HONORABLE AIMEE SUTTON

Presented by:

CORRIE YACKULIC LAW FIRM, PLLC

/s/ *Corrie Yackulic*
———————————————————————
CORRIE YACKULIC, WSBA 16063
110 Prefontaine Place South, Suite 304
Seattle, Washington 98104
Tel. 206-787-1915
corrie@cjylaw.com


CA GOLDBERG, PLLC


*/s/ Carrie Goldberg*
———————————————————————
CARRIE GOLDBERG, *pro hac vice*
NAOMI LEEDS, *pro hac vice*
16 Court Street
Brooklyn, New York 11241
carrie@cagoldberglaw.com
naomi@cagoldberglaw.com

*Attorneys for Plaintiffs*



CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

# King County Superior Court
## Judicial Electronic Signature Page

| | |
|---|---|
| Case Number: | 23-2-05719-8 |
| Case Title: | VIGLIS ET AL VS AMAZON.COM INC |
| Document Title: | ORDER DENYING MOTION/PETITION |
| Signed By: | Aimee Sutton |
| Date: | June 16, 2023 |

Judge: Aimee Sutton

This document is signed in accordance with the provisions in GR 30.

| | |
|---|---|
| Certificate Hash: | FE7AF5938B62B0D6530B26DB6BADCEA39154E68E |
| Certificate effective date: | 3/7/2019 12:13:53 PM |
| Certificate expiry date: | 3/7/2024 12:13:53 PM |
| Certificate Issued by: | C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA, O=KCDJA, CN="Aimee Sutton: GLQAkAvS5hGyPlX3AFk6yQ==" |

Page 3 of 3