# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLAS MCCARTHY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C23-0263JLR |

      **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

    THE COURT HAS ORDERED THAT

    Defendant's motion to dismiss (Dkt. # 47) is GRANTED and Plaintiffs' amended complaint (Dkt. # 15) is DISMISSED with prejudice and without leave to amend.  (*See* Order (Dkt. # 60).)

    Filed this 27th day of June, 2023.

                                              RAVI SUBRAMANIAN
                                              Clerk of Court

                                              s/ Ashleigh Drecktrah
                                              Deputy Clerk