UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 03 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NICOLAS MCCARTHY; et al.,

          Plaintiffs - Appellants,

 v.

AMAZON.COM, INC.,

          Defendant - Appellee.

No. 23-35584

D.C. No. 2:23-cv-00263-JLR
U.S. District Court for Western
Washington, Seattle

**MANDATE**

The judgment of this Court, entered March 12, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $169.50.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT