UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLAS MCCARTHY, et al., | CASE NO. C23-0263JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AMAZON.COM INC., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This case is hereby randomly reassigned to the Honorable Ricardo S. Martinez.

All future documents filed in this case shall bear the case number C23-0263RSM.

Filed and entered this 10th day of April, 2026.

JOSHUA C. LEWIS
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 1